IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **JOHN WILSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 3:06-0346** |
| | ) | **Judge Nixon** |
| **v.** | ) | **Magistrate Judge Brown** |
| | ) | |
| **JO ANNE B. BARNHART,** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

ORDER

Pending before the Court is Plaintiff's Motion for Judgment on the Administrative Record

("Motion") (Doc. No. 12), filed with an accompanying brief in support (Doc. No. 12), to which

Defendant has filed a Response in Opposition (Doc. No. 16) and Plaintiff has filed a Reply (Doc.

No. 17). Magistrate Judge Brown has issued a Report and Recommendation (Doc. No. 18) that

Plaintiff's Motion be denied, that the decision of the Commissioner of Social Security

("Commissioner") be affirmed, and that Plaintiff's request for remand pursuant to Section Six of

42 U.S.C. § 405(g) be denied. Plaintiff has not filed any objections to the Report and

Recommendation.

Plaintiff moves the Court to reverse the decision of the Administrative Law Judge

("ALJ"), as affirmed by the Appeals Council, and remand the case to the Social Security

Administration ("Administration"), in accordance with Sentence Four of § 405(g) on the grounds

that the decision of the ALJ is not supported by substantial evidence, because the (1) decision of

the ALJ – that the onset of disability date is March 27, 2002 – is supported by "no evidence" as

admitted by the ALJ; (2) the ALJ failed to given controlling weight to the medical opinion of

Plaintiff's treating psychiatrist, Dr. Frederick W. Schaerf; and (3) the ALJ failed to obtain

additional medical evidence in accordance with 20 C.F.R. § 404.1527(c)(3). Alternatively,

Plaintiff requests that the decision of the ALJ, as affirmed by the Appeals Council, should be

remanded to the Commissioner in accordance with Sentence Six of § 405(g) for the ALJ's

consideration of new and material evidence. Defendant moves the Court to affirm the

Commissioner's final determination that Plaintiff was not disabled within the meaning of the

Social Security Act ("Act") prior to March 27, 2002, his established onset date of disability,

because the ALJ's conclusion was both reasonable and supported by substantial evidence in the

administrative record and the Commissioner applied the proper legal standards.

After review, the Court hereby **DENIES** Plaintiff's Motion and **AFFIRMS** the decision

of the Administration. Further, the Court hereby **DENIES** Plaintiff's request for remand pursuant

to Section Six of 42 U.S.C. § 405(g). This Order terminates this Court's jurisdiction over the

above-styled action and the case is **DISMISSED**.

It is so ORDERED.

Entered this the ___6___ day of December, 2006.


_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT